December 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DEBRA C. GUNN, MD, OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., AND OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, PLLC, Appellants

NO. 14-14-00112-CV             V.

ANDRE MCCOY, AS PERMANENT GUARDIAN OF SHANNON MILES MCCOY, AN INCAPACITATED PERSON, Appellee

_____

This cause, an appeal from the judgment signed November 4, 2013, in favor of appellee Andre McCoy, as permanent guardian of Shannon Miles McCoy, an incapacitated person, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the judgment and **REMAND** the cause for a new trial in accordance with this court's opinion. If, however, McCoy files in this court a remittitur of $159,854.00, as to the award for Shannon McCoy's future medical expenses, within 20 days after the issuance of our opinion, we instead will modify the trial court's judgment to reduce the award of future medical expenses to $7,082,549.00 and affirm the judgment as modified.

We further order that all costs incurred by reason of this appeal be paid by appellee Andre McCoy.

We further order this decision certified below for observance.